UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SHIRLEY F. SANTILLANA,**

        **Plaintiff,**

**-vs-**                                          Case No. 6:09-cv-2095-Orl-19KRS

**FLORIDA STATE COURT SYSTEM,
EIGHTEENTH JUDICIAL CIRCUIT,
SEMINOLE COUNTY COURTS,
CLAYTON SIMMONS, SUE BLOCK, and
WAYNE FOUNTAIN,**

        **Defendants.**

_____

## ORDER

This case comes before the Court on the Verified Motion for Relief from Order ("Motion") by Plaintiff Shirley F. Santillana. (Doc. No. 12, filed Feb. 19, 2010.)

Local Rule 3.01(g) provides:

> Before filing any motion in a civil case, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, or to involuntarily dismiss an action, the moving party shall confer with counsel for the opposing party in a good faith effort to resolve the issues raised by the motion, and shall file with the motion a statement (1) certifying that the moving counsel has conferred with opposing counsel and (2) stating whether counsel agree on the resolution of the motion.

The Motion fails to comply with Local Rule 3.01(g) because it does not contain a statement:

(1) certifying that Plaintiff's counsel has conferred with opposing counsel to resolve the Motion; and

(2) stating whether counsel agree on the resolution of the Motion. Accordingly, the Motion will be

denied without prejudice to reassertion.

**Conclusion**

Based on the foregoing, it is hereby **ORDERED** and **ADJUDGED** that the Verified Motion for Relief from Order by Plaintiff Shirley F. Santillana (Doc. No. 12) is **DENIED without prejudice**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on March 2, 2010.

*[signature]*

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record